IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA

RECEIVED
2005 APR 29 A 9: 30

DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

JOHNNIE BELL                    )
                               )
            PLAINTIFF,         )
                               )
VS.                            )  CIVIL ACTION NO.: 2:05cv397-T
                               )
ALABAMA DEPARTMENT OF          )
CORRECTIONS, and DONALD        )
CAMPBELL,  in his official capacity as )
The Warden of the Department of )
Corrections,                   )
            DEFENDANTS.        )

## MOTION TO ACCCEPT PLAINTIFF'S ORIGINAL FILING FEE

COMES NOW, the Plaintiff and respectfully asks this Honorable Court to accept the original filing fee submitted to the Court for the following grounds:

1. The Plaintiff filed a complaint, with the appropriate filing fee. The case number was 2:04-CV-00785-WHA-CSC on 8-19-2004.
2. While the action was pending in Federal Court, the Equal Employment Opportunity Commission mailed to Plaintiff a request to revoke the Plaintiff's probation, thus removing the jurisdiction of the Court. This was done because of no fault of Plaintiff.
3. Once Plaintiff received the notice from the EEOC, the Plaintiff filed a motion with the Court asking the Plaintiff to dismiss the action until the EEOC completed its new investigation.
4. The Court granted Plaintiff's motion and dismissed without prejudice on December 2-2004.
5. Now the plaintiff has the right to sue, and is filing pro-se again. As a result, the Plaintiff needs to use the filing fee initially used in the first complaint.

Plaintiff respectfully prays this Court will allow him to use his first filing fee filed in case number 2:04-cv-00785-WHA-CSC.

Respectfully submitted,


/s/Johnnie Bell
Pro se Plaintiff