IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| JOHNNIE BELL, | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| v. | ) CIVIL ACTION NO. 2:05CV397-T |
| | ) [WO] |
| ALABAMA DEPARTMENT OF | ) |
| CORRECTIONS, and DONALD | ) |
| CAMPBELL, in his official capacity | ) |
| as The Warden of the Department of | ) |
| Corrections, | ) |
| | ) |
| Defendants. | ) |

## ORDER ON MOTION

For good cause, it is

ORDERED that the plaintiff's Motion To Accept Plaintiff's Original Filing Fee, filed on 29 April 2005 (Doc. # 2), is DENIED. The plaintiff previously filed a civil action in this court whose subject matter was the same as the instant case (Civil Action No. 2:04CV785-A). The Equal Employment Opportunity Commission, however, revoked the plaintiff's Right-To-Sue, thus divesting this court of jurisdiction to proceed.

DONE this 22nd day of June, 2005.

/s/ Vanzetta Penn McPherson
VANZETTA PENN MCPHERSON
UNITED STATES MAGISTRATE JUDGE