IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| JOHNNIE BELL, | ) |
| Plaintiff, | ) |
| vs. | ) CIVIL ACTION NO. 2:05cv397 |
| ALABAMA DEPARTMENT OF CORRECTIONS, and DONALD CAMPBELL, in his official capacity as The Warden of the Department of Corrections, | ) |
| Defendants. | ) |

## ORDER

On 22 June 2005, this court denied Plaintiff Johnnie Bell's Motion to Accept Original Filing Fee (Doc. 2), filed 29 April 2005. Therefore, it is hereby

ORDERED that Plaintiff shall, on or before 2 September 2005, pay the filing fee for this case to the Clerk of this court or, if appropriate, apply to proceed *in forma pauperis*.

Should Plaintiff fail to comply with this order, the court will recommend that this case be dismissed.

DONE this 23rd day of August, 2005.

/s/ Vanzetta Penn McPherson
VANZETTA PENN MCPHERSON
UNITED STATES MAGISTRATE JUDGE