IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA

**JOHNNY BELL**

    **Plaintiff,**

VS.                                           Case no.: 2:05cv397-T

**ALABAMA DEPARTMENT OF CORRECTIONS,**

    **Defendant.**

_____/

## PLAINTIFF OBJECTION TO MAGISTRATE JUDGE'S RECOMMENDATION

Comes now, the Plaintiff, pro se and files the following objection to the magistrate's recommendation to dismiss for failure to submit filing fee. As grounds, Plaintiff states the following:

1. Plaintiff was told to pay the filing fee by September 2, 2005.

2. Plaintiff submitted a check for the filing fee on September 2, 2005, but the Court at some point shortly after receiving the payment, rejected the payment because the appropriate case number was not on the check. The Court forwarded a letter to Plaintiff on this date stating this. (Exhibit A)

3. Upon learning this, Plaintiff submitted another filing fee with the appropriate case number, and has attached a copy of the filing fee. (Exhibit B).

**WHEREFORE,** Plaintiff respectfully objects to the Magistrate's recommendation, and ask this Court to allow Plaintiff to proceed.

                                                                **Respectfully submitted,**

                                                                */s/ Johnny Bell*
                                                                **Johnny Bell**
                                                                **Pro-se**
                                                                **2103 Kelly Road**
                                                                **Selma, Alabama 36701**

**Date: November 01, 2005.**

**UNITED STATES DISTRICT COURT**
MIDDLE DISTRICT OF ALABAMA
OFFICE OF THE CLERK
POST OFFICE BOX 711
MONTGOMERY, ALABAMA 36101-0711

DEBRA P. HACKETT, CLERK

TELEPHONE (334) 954-3600

September 6, 2005

April England Albright
116 Mabry Street
Selma, AL 36701

Dear Ms. Albright:

Please find enclosed your firm check numbered 2479 in the amount of $169.00. We are not sure what the above fee is to be applied towards. We have done a search of our records and do not show a Johnny Bell in our system. Therefore, we will need you to provide further information such as a case number and what this fee is to be applied towards.

We are returning the same to you, after several attempts to try to reach you by phone with out success. Should you have any questions please feel free to contact us.

Sincerely yours,
DEBRA P. HACKETT, CLERK

By: Christine Strecker
Deputy Clerk

DPH/cs

Enclosures

Johnnie Bell
2:05-CV-00397-MHT-VPM

Exhibit A

AO82 SWEDA
(Rev. 4/91)

ORIGINAL
RECEIPT FOR PAYMENT
UNITED STATES DISTRICT COURT
for the
MIDDLE DISTRICT OF ALABAMA
at _____ MONTGOMERY _____

**107661**

| Fund | | |
|---|---|---|
| 6855XX | Deposit Funds | |
| 604700 | Registry Funds | |
| | General and Special Funds | 0003870 |
| 508800 | Immigration Fees | |
| 085000 | Attorney Admission Fees | |
| 086900 | Filing Fees | |
| 322340 | Sale of Publication | 0003970 |
| 322350 | Copy Fees | |
| 322360 | Miscellaneous | |
| 143500 | Interest | |
| 322380 | Recoveries of Court Costs | |
| 322386 | Restitution of U.S. Government | |
| 121000 | Conscience Fund | |
| 129900 | Gifts | |
| 504100 | Crime Victims Fund | |
| 613300 | Unclaimed Monies | |
| 510000 | Filings Spec. Acct. | |
| 510100 | Registry Admin. Acct. | 09/14/05 |

107661*#
FILEFEE-JUD
5100PL         190.00
               ##
FILEFEE-TREAS
0869PL          60.00
               ##
TOTAL          250.00
CHECK          169.00
CHECK           81.00
CHANGE           0.00
               2 ITM-CT
120705A000 08:31

CASE REFERENCE:

2:05cv397-T

RECEIVED FROM

April England Albright

116 Mabry St.

Selma, AL 36701

Johnnie Bell v.

AL DOC; et al

DEPUTY CLERK _____

THIS IS A RECEIPT, NOT A BILL

Checks and drafts are accepted subject to collection and full credit will only be given when the check or draft has been accepted by the financial institution on which it was drawn.

Exhibit B