IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT
NORTHERN DIVISION

JOHNNIE BELL,

    PLAINTIFFS,

VS.                           CIVIL ACTION NO.: 2:05cv397

ALABAMA DEPARTMENT OF CORRECTIONS

    DEFENDANTS.

---

## SUMMONS IN A CIVIL ACTION

TO:    Alabama Department of Corrections
        101 South Union Street
        Montgomery, Alabama 36130

**YOU ARE HEREBY SUMMONED** and required to file with Clerk of this Court and serve upon:

    Mr. Johnnie Bell  pro se
    2103 Kelly Road
    Selma, Alabama 36701

AN ANSWER TO THE COMPLAINT WHICH IS HEREWITH SERVED UPON YOU, WITHIN 20 DAYS AFTER SERVICE OF THIS SUMMONS UPON YOU, EXCLUSIVE OF THE DAY OF SERVICE. IF YOU FAIL TO DO SO, JUDGMENT BY DEFAULT WILL BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.

_Debra P. Hackett_                    11/3/05
CLERK                                  DATE

DEPUTY CLERK

---

TYPE OF SERVICE                DATE OF SERVICE:_____

# UNITED STATES DISTRICT COURT

__MIDDLE__ District of __ALABAMA__

Johnnie Bell

V.

**SUMMONS IN A CIVIL CASE**

Alabama Department of Corrections

CASE NUMBER:   2:05cv397

TO: (Name and address of Defendant)

Donal Campbell, Commissioner
Alabama Department of Corrections
101 South Union Street
Montgomery, AL   36130

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ~~ATTORNEY~~ (name and address)

Johnnie Bell  pro se
2103 Kelly Road
Selma, AL   36701

an answer to the complaint which is served on you with this summons, within __20__ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

DEBRA P. HACKETT
CLERK

DATE  11/3/05

(By) DEPUTY CLERK