IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| JOHNNY BELL, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CIVIL ACTION NO. 2:05CV397-T |
| | ) |
| ALABAMA DEPARTMENT OF | ) |
| CORRECTIONS, et al., | ) |
| | ) |
| Defendants. | ) |

**ORDER**

For good cause, it is

ORDERED that the Recommendation entered on 24 October 2005 (Doc. # 6) be VACATED. The Recommendation was premised upon the plaintiff's alleged failure to pay his filing fee of $250.00. In fact, the plaintiff submitted his filing fee on 14 September 2005, the plaintiff submitted his fee in full. Notwithstanding its submission 12 days after the deadline set in the court's order of 23 August 2005 (Doc. # 5), the fee was nevertheless paid before the Recommendation was entered. A clerical error, reflected on the docket sheet in this case, resulted in the court's issuance of the Recommendation.

DONE this 7th day of November, 2005.

/s/ Vanzetta Penn McPherson
VANZETTA PENN MCPHERSON
UNITED STATES MAGISTRATE JUDGE