IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| JOHNNY BELL, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CIVIL ACTION NO. 2:05CV397-T |
| | ) | |
| ALABAMA DEPARTMENT OF | ) | |
| CORRECTIONS, et al., | ) | |
| | ) | |
| Defendants. | ) | |

## ORDER

In the Statement of Facts in his complaint, filed on 29 April 2005 (Doc. # 1), the plaintiff, JOHNNY BELL ["Bell"] alleges that

- "female correction officers and white correction officers were given favorable3 shift rotations and African American Male Officers were not";

- the dorms to which African American males were assigned were "more dangerous because they involved direct contact with dangerous inmates"; and

- "African American males also receive harsher treatment that [sic] their white counterparts".

Bell's allegations are general, not specific. This action was brought in the name of one plaintiff; it is not a class action. Thus, the plaintiff's cause of action must arise from adverse actions taken against him, not other African American males. Moreover, the plaintiff's attempts to set forth specific allegations, for example in paragraph 16 of the complaint, is still

deficient, because he failed to identify (1) the identities of the decision-makers, (2) the dates of the events, (3) the institutions in which they occurred, (4) the identify of the white or female correctional officers who received more favorable treatment, (5) the nature and extent of the favorable treatment, (6) the nature and extent of the adverse action taken against Bell, and (7) all of his resulting injuries or losses.

Accordingly, it is ORDERED that, on or before 21 November 2005, Bell shall file with the Clerk of the court an AMENDED complaint which cures the deficiencies identified in this order and, with respect to each of his two claims (racial discrimination and pattern and practice),

1. sets forth adequate information in categories (1) through (7) above;

2. sets forth precisely the injunctive relief that he seeks.

DONE this 7th day of November, 2005.

/s/ Vanzetta Penn McPherson
VANZETTA PENN MCPHERSON
UNITED STATES MAGISTRATE JUDGE