**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _Kay P. Hope_   ☑ Agent   ☐ Addressee

B. Received by (Printed Name)   C. Date of Delivery

1. Article Addressed to:

Donal Campbell, Commissioner
Alabama Department of Corrections
101 South Union Street
Montgomery, AL  36130

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:  ☐ No

3. Service Type
   ☑ Certified Mail    ☐ Express Mail
   ☑ Registered        ☑ Return Receipt for Merchandise
   ☐ Insured Mail      ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)  ☐ Yes

2. Article Number (Transfer from service label)
   7004 2510 0001 0150 3814

PS Form 3811, February 2004   Domestic Return Receipt   05-397   102595-02-M-1540