IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

JOHNNY BELL,                        )
                                    )
        Plaintiff,                  )
                                    )
v.                                  )       CIVIL ACTION NO.  2:05cv397-T
                                    )
ALABAMA DEPARTMENT OF               )
CORRECTIONS, *et al.,*              )
                                    )
        Defendants.                 )

## ORDER

On 7 November 2005, the Magistrate Judge filed a Recommendation (Doc. #10) in

this case to which no timely objections have been filed.  Upon an independent review of the

file in this case and upon consideration of the Recommendation of the Magistrate Judge, it

is

ORDERED as follows:

1.      That the Recommendation be and is hereby ADOPTED; and

2.      That the Title VII claims against defendant DONAL CAMPBELL are

        DISMISSED.

Done this the 1st day of December, 2005.


        /s/   Myron H. Thompson
UNITED STATES DISTRICT JUDGE