IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| JOHNNIE BELL, | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| v. | ) CIVIL ACTION NO. 2:05CV397-MHT |
| | ) |
| ALABAMA DEPARTMENT OF | ) |
| CORRECTIONS, | ) |
| | ) |
| Defendant. | ) |

**RECOMMENDATION OF THE MAGISTRATE JUDGE**

On 22 November 2005, the defendants, Donal Campbell, filed a Motion to Dismiss and Answer (Doc. #14). Because the court directed on 1 December 2005 that the plaintiff's Title VII claims against Donal Campbell be dismissed, it is the RECOMMENDATION of the Magistrate Judge that Campbell's motion to dismiss the Title VII claims be DENIED as moot.

Remaining for decision are (1) the plaintiff's Title VII claims against the DOC, (2) the plaintiff's claims against the DOC under 42 U.S.C. § 1981, and (3) the plaintiff's claims against Campbell under 42 U.S.C. § 1981. Accordingly, this case shall be referred to the Magistrate Judge for further proceedings.

It is further

ORDERED that the parties shall file any objections to this Recommendation on or before **24 January 2006.** A party must specifically identify the findings in the Recommendation to which objection is made; frivolous, conclusive, or general objections

will not be considered. Failure to file written objections to the Magistrate Judge's proposed findings and recommendations shall bar a party from a de novo determination by the District Court of issues covered in the Recommendation and shall bar the party from attacking on appeal factual findings accepted or adopted by the District Court except upon grounds of plain error or manifest injustice. ***Nettles v. Wainwright***, 677 F.2d 404 (5th Cir. 1982). *See* ***Stein v. Reynolds Securities, Inc.***, 667 F.2d 33 (11th Cir. 1982). *See also* ***Bonner v. City of Prichard***, 661 F.2d 1206 (11th Cir. 1981, *en banc*).

DONE this 10th day of January, 2006.

/s/ Vanzetta Penn McPherson
VANZETTA PENN MCPHERSON
UNITED STATES MAGISTRATE JUDGE