IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| JOHNNIE BELL, | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | CIVIL ACTION NO.  2:05CV397-T |
| | ) | [WO] |
| ALABAMA DEPARTMENT OF CORRECTIONS, | ) ) | |
| | ) | |
| Defendant. | ) | |

**ORDER ON MOTION**

On 22 November 2006 (doc. # 14), the defendant filed a Motion To Dismiss. The motion requests an order directing the following:

1. Dismissal of the plaintiff's claims pursuant to 41 U.S.C. § 1983;

2. Dismissal of the claims pursuant to Eleventh Amendment Immunity;

3. Dismissal of claims because the DOC and Campbell cannot be sued, presumably under §1981;[1]

4. The plaintiff failed to state a cause of action against the DOC under Title VII or § 1981, and against Campbell under § 1981;

5. The Title VII claims are not actionable for any event which occurred more than 180 days before the plaintiff's filing of his charge with the EEOC;

6. Title VII does not permit recovery of punitive damages against a governmental

---

[1] The court presumes § 1981 because (1) the Title VII claims against Campbell have already been dismissed, and (2) the plaintiff did not invoke § 1983.

      entity or its agents, and Title VII requires monetary caps for other damages;

7.     The defendants are entitled to immunity; and

8.     Plaintiff's claims are barred because he failed to file an administrative grievance at the ADOC;

Upon consideration of the defendants' motion to dismiss, it is

ORDERED that on or before 30 January 2006, the defendants shall file their briefs and other acceptable materials in support of the motion. The plaintiff shall file his response to the motion, together with his brief in opposition to the motion on or before 27 February 2006. Thereafter, the motion shall be deemed submitted, and the Magistrate Judge will not consider any further pleadings filed by the parties.

      DONE this 10th day of January, 2006.

      /s/ Vanzetta Penn McPherson
      VANZETTA PENN MCPHERSON
      UNITED STATES MAGISTRATE JUDGE