IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| JOHNNIE BELL, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CASE NO. 2:05-CV-397-WKW |
| | ) | (WO) |
| ALABAMA DEPARTMENT OF | ) | |
| CORRECTIONS, | ) | |
| | ) | |
| Defendant. | ) | |

**ORDER**

There being no objections to the Report and Recommendation of the Magistrate Judge filed on January 10, 2006 (Doc. # 16), and after an independent review of the record, it is hereby ORDERED that

1. The Recommendation of the Magistrate Judge is ADOPTED.

2. This case is referred to the Magistrate Judge for further proceedings.

DONE this the 13th day of March, 2006.

　　　　　　　　　　　　　　　　/s/  W.  Keith Watkins
　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE