IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA

**JOHNNY BELL**

    **Plaintiff,**

VS.                                        Case no.: 2:05cv397-T

**ALABAMA DEPARTMENT OF CORRECTIONS,**

    **Defendant.**

_____/

## NOTICE TO THE COURT

COMES NOW, the Plaintiff, by and through undersigned counsel, and respectfully submits the following notice to the Court. The Defendant provides the following notice:

1. The Court gave the Defendant a deadline to submit a brief on the Defendant's motion for summary judgment and /or motion to dismiss. At the same time, the Court gave the Plaintiff a deadline to submit a response to the Defendant's brief.

2. To date, the Defendant has not filed a brief. For this reason, Plaintiff has not filed a response.

3. As a result of Defendant's acts, this case has not been given a scheduling order as a result of this, and has been put on hold.

WHEREFORE, the Plaintiff respectfully prays that this Court will deny the Defendant's motion to dismiss, and enter a scheduling order in this case.

                                                       **Respectfully submitted,**

                                                       **Johnny Bell**
                                                       Pro-se
                                                       2103 Kelly Road
                                                       Selma, Alabama 36701

**Date: March 27, 2006.**