**UNITED STATES DISTRICT COURT**

MIDDLE DISTRICT OF ALABAMA
OFFICE OF THE CLERK
POST OFFICE BOX 711
MONTGOMERY, ALABAMA 36101-0711

DEBRA P. HACKETT, CLERK                                        TELEPHONE (334) 954-3600

March 30, 2006

# NOTICE OF DEFICIENCY

**To:     Johnny Bell**

**From:   Clerk's Office**

**Case Style: Johnny Bell vs. Alabama Dept. Of Corrections**

**Case Number:   2:05-cv-397-MHT**

**Referenced Pleading:   Notice to Court**

**Docket Entry #   20**

**Notice is hereby given that the referenced deficient pleading was filed on   March 28, 2006  in the above-styled case:**

**The pleading contains NO certificate of service**

**This deficiency must be corrected within ten (10) days from this date. You must file a signed certificate of service for the referenced pleading indicating this pleading has been served on the parties to this action.**

***DO NOT E-FILE YOUR CORRECTION.......IT MUST BE MAILED TO THE CLERK'S OFFICE, ALONG WITH A COPY OF THIS NOTICE.***