IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| JOHNNIE BELL, | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| v. | ) CIVIL ACTION NO. 2:05CV397-MHT |
| | ) |
| ALABAMA DEPARTMENT OF | ) |
| CORRECTIONS, | ) |
| | ) |
| Defendant. | ) |

## ORDER

This case remains pending on the defendant's Motion to Dismiss, filed on 22 November 2005 (Doc. # 14). The court entered an order on 10 January 2006 directing the defendant to file its brief and other acceptable materials in support of the motion on or before 30 January 2006 and directing the plaintiff to respond before 27 February 2006 (Doc. # 17). To date, the defendant has not filed a brief. Accordingly, it is ORDERED as follows:

1. On or before 10 April 2006, the defendant shall show cause in writing why it has failed to comply with the court's aforementioned order.

2. In addition to demonstrating cause for its failure to comply, the defendant shall file its brief and materials on or before 10 April 2006.[1]

3. The plaintiff shall file his brief in opposition to the defendant's brief on or

---

[1] The defendant is REMINDED that the court directs the filing of the supporting brief "in addition to" a demonstration of cause, not "instead of" showing cause. In other words, the filing of a brief does not exempt the defendant for showing cause in writing for its non-compliance.

before 26 April 2006.

The defendant is CAUTIONED that its failure to comply with this order will lead to a Recommendation that the motion to dismiss be denied. The court will not extend the deadlines set for the defendant or the plaintiff absent extraordinary circumstances.

DONE this 31st day of March, 2006.

/s/ Vanzetta Penn McPherson
VANZETTA PENN MCPHERSON
UNITED STATES MAGISTRATE JUDGE