IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| JOHNNIE BELL, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | CIVIL ACTION NO. 2:05-CV-397-T |
| | ) | |
| STATE OF ALABAMA DEPARTMENT | ) | |
| OF CORRECTIONS and | ) | |
| RICHARD ALLEN, in his official | ) | |
| Capacity as the Warden of the | ) | |
| Department of Corrections, | ) | |
| | ) | |
| Defendants. | ) | |

### AMENDED RESPONSE TO SHOW CAUSE

Come now the Defendants in the above-styled cause, by and through undersigned counsel, and submit this amended response to show cause. Counsel for the Defendants states as follows:

1. That on November 22, 2005, counsel filed an answer on behalf of the Defendants and discovered that the Clerk of the Court had counsel's previous office email address.

2. That counsel called the Court's Help Desk and attempted to change counsel's email address to her new office address.

3. That on or about March 10, 2006, counsel discovered through another case that counsel's email address had not been changed.

4. That on or about March 10, 2006, counsel again called the Court's Help Desk and requested that the Help Desk change counsel's email address.

5. That after that date, counsel began to receive court orders, pleadings, etc.

6. That on March 31, 2006, counsel received the order directing her to respond to the

1

show cause.

7.      That on March 31, 2006, counsel requested a copy of the initial order of the Court, and then did receive said order.

8.      That counsel would not intentionally disregard any order of this Honorable Court.

Wherefore theses premises considered, the Defendants pray that this Honorable Court will accept this response to show cause.

                                        Respectfully submitted,

                                        /s/ Tara S. Knee_____
                                        Tara S. Knee (KNE003)
                                        Assistant Attorney General
                                        Assistant General Counsel

**OF COUNSEL**:
Alabama Department of Corrections
Legal Division
P. O Box 301501
Montgomery, Alabama 36130
(334)353-3881
FAX: (334)353-3891

## CERTIFICATE OF SERVICE

I hereby certify that on the 14th day of April, 2006, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following (or by U.S. Mail to the non-CM-ECF participants):

                        Johnnie Bell
                        2103 Kelly Road
                        Selma, AL 36701


                                        /s/ Tara S. Knee_____
                                        Tara S. Knee (KNE003)
                                        Assistant Attorney General
                                        Assistant General Counsel