IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| JOHNNIE BELL, | ) |
| | ) |
|     Plaintiff, | ) |
| | ) |
| v. | )   CIVIL ACTION NO. 2:05cv0397-WKW |
| | ) |
| ALABAMA DEPARTMENT OF | ) |
| CORRECTIONS, | ) |
| | ) |
|     Defendant. | ) |

**ORDER**

Pending before the court is the defendant Alabama Department of Corrections' ["ADOC"] motion to dismiss (Doc. # 14) plaintiff Johnnie Bell's ["Bell"] complaint in which he attempts to allege disparate treatment and pattern and practice race discrimination claims under Title VII of the Civil Rights Act of 1964, as amended, 42 U.S.C. §§ 2000e *et seq.* (2000).

On 7 November 2005, this court entered an order requiring Bell, who is proceeding *pro se*, to file an amended complaint, which he has thus far failed to do (Doc. # 11). ADOC then filed its motion to dismiss, in response to which the court set a briefing schedule whereby ADOC was to submit a supporting brief on or before 30 January 2006 and Bell was to respond with a brief of his own by 27 February 2006 (Doc. # 17, p. 2).

As of 28 March 2006, ADOC had not submitted its brief, and Bell filed a notice of noncompliance explaining that his failure to file his brief was due to ADOC's failure to file its brief (Doc. # 20). Bell apparently failed to serve ADOC with his notice, but the court nonetheless issued an order requiring ADOC to explain its failure, which it did, twice (Docs. ## 23, 25).

On 6 April 2006, ADOC filed its brief (Doc. # 24), and Bell has failed to respond.

The court construes Bell's notice of noncompliance as an indication of his intent to proceed with this lawsuit; however, his general unresponsiveness is adding yet another twist to this comedy of errors. Recognizing that Bell understandably may be confused, the court aims to clarify what is required of him. Therefore, it is hereby

ORDERED as follows:

1. On or before 9 June 2006, Bell shall show cause why this case should not be dismissed for his failure to comply with this court's order requiring him to submit an amended complaint;

2. On or before 9 June 2006, Bell shall file with the Clerk of the court an amended complaint in accordance with the directives set forth in the court's order dated 7 November 2005 (Doc. # 11); and

3. On or before 16 June 2006, Bell shall file his brief in opposition to the plaintiff's motion to dismiss.

The plaintiff is CAUTIONED that failure to comply with any of the directives set forth above will result in a recommendation that this case be dismissed.

DONE this 31st day of May, 2006.

/s/ Vanzetta Penn McPherson
VANZETTA PENN MCPHERSON
UNITED STATES MAGISTRATE JUDGE