IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA

RECEIVED
2006 JUN 16 P 3: 45

| | |
|---|---|
| JOHNNIE BELL | ) |
| | ) |
| PLAINTIFF, | ) |
| | ) |
| VS. | ) CIVIL ACTION NO.: 2:05cv397-MHT |
| | ) |
| ALABAMA DEPARTMENT OF | ) |
| CORRECTIONS, and DONALD | ) |
| CAMPBELL, in his official capacity as | ) |
| The Warden of the Department of | ) |
| Corrections, | ) |
| DEFENDANTS. | ) |

## MOTION FOR LEAVE TO AMEND COMPLAINT

**COMES NOW,** the Plaintiff, Johnnie Bell, pro-se and files the following motion for leave to amend his complaint. As grounds Plaintiff states that he erroneously stated in paragraph two of his recently filed amended complaint that the EEOC had not issued him a right to sue, when in fact, the EEOC had issued him a right to sue.

**WHEREFORE,** Plaintiff prays this Court will grant him leave to file this amendment.

**RESPECTFULLY SUBMITTED,** this the 16th day of June, 2006 :

_Johnnie Bell_
JOHNNIE BELL
PLAINTIFF

## CERTIFICATE OF SERVICE

This certifies that I served upon opposing counsel on this the day of June, a cthopy of the foregoing complaint.

*Johnnie Bell*
**Plaintiff**