IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| JOHNNIE BELL, | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| v. | )  CIVIL ACTION NO.  2:05CV397-MHT |
| | )  [WO] |
| ALABAMA DEPARTMENT OF | ) |
| CORRECTIONS, | ) |
| | ) |
| Defendant. | ) |

**ORDER ON MOTION**

Pending before the court is the plaintiff's ['Bell"] motion for leave to amend his complaint and his amended complaint (See Docs. # 27, 28).  Although Bell filed his response to the defendant's First Motion to Dismiss on 16 June 2006, the court terminated the defendant's motion on 13 March 2006 after the court adopted the Recommendation that the Title VII claims be dismissed (See Docs. # 16, 19).  Thus, inasmuch as the court has declined to dismiss Bell's Title VII claims, those claims are still active.[1]

On 7 November 2005, the court directed Bell to file, by 21 November 2005, an amended complaint setting forth specific allegations further identified in the order (Doc. # 11).  Bell did not meet that deadline, and in fact, he did not file his amended complaint until 9 June 2006  -  seven months later.[2]  The court, however, has reviewed the Amended

---

[1]The Title VII claims against former defendant Donal Campell have been dismissed (See Docs. # 10, 15).

[2]In the interim, the court entered an order on 31 May 3006, requiring Bell to show cause and file his Amended Complaint on or before 9 June 2006.

Complaint and FINDS that, with one exception, it complies with the court's order of 7 November 2005 (Doc. # 11). Accordingly, it is ORDERED as follows:

1. The motion for leave to amend the complaint is GRANTED in part and DENIED in part. Defendant Campbell shall not be regarded as a defendant in this lawsuit for the following reasons: (a) The court previously dismissed the Title VII claims against him; and (b) The Amended Complaint makes no specific allegations against Campbell. Except for denominating Donal Campbell as a defendant, the Amended Complaint shall be permitted and shall be regarded as the final statement of Bell's claims. The Amended Complaint alleges three claims: racial discrimination and hostile work environment based upon race and sex.

2. The sole defendant, the Alabama Department of Corrections, shall file its Answer to the Amended Complaint on or before 8 August 2006.

DONE this 11th day of July, 2006.

/s/ Vanzetta Penn McPherson
VANZETTA PENN MCPHERSON
UNITED STATES MAGISTRATE JUDGE