IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |  | |
|---|---|---|---|
| JOHNNIE BELL, | ) | | |
| | ) | | |
| Plaintiffs, | ) | | |
| | ) | | |
| v. | ) | CIVIL ACTION NO. 2:05CV397-MHT | |
| | ) | | |
| ALABAMA DEPARTMENT OF CORRECTIONS, | ) ) | | |
| | ) | | |
| Defendant. | ) | | |

**ORDER**

On 11 July 2006, the court entered an order granting the plaintiff leave, in part, to file his Amended Complaint and directing the defendant to file its Answer to the Amended Complaint on or before 8 August 2006 (Doc. # 30). The order identified the plaintiff's three remaining claims, all of which were asserted pursuant to Title VII of the Civil Rights Act of 1964, 42 U.S.C. §2000e et seq.:

1. race discrimination in employment

2. hostile work environment based on race

3. hostile work environment based on sex

Over 41 days have elapsed since the defendant's deadline, and the defendant has failed to comply with the court's order. Accordingly, it is

ORDERED that, on or before 28 September 2006, the defendant shall show cause why the Magistrate Judge should not recommend that judgment be entered for the plaintiff by default.

DONE this 20th day of September, 2006.

/s/ Vanzetta Penn McPherson
VANZETTA PENN MCPHERSON
UNITED STATES MAGISTRATE JUDGE