IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| JOHNNIE BELL, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) CIVIL ACTION NO. 2:05-CV-397-T |
| | ) |
| STATE OF ALABAMA DEPARTMENT | ) |
| OF CORRECTIONS, | ) |
| | ) |
| Defendant. | ) |

### RESPONSE TO SHOW CAUSE

Comes now the Defendant in the above-styled cause, by and through undersigned counsel, and submits this response to show cause. Counsel for the Defendant states as follows:

1. That on June 9, 2006, the Plaintiff filed an amended complaint. (Doc. 27)

2. That on June 16, 2006, the Plaintiff filed a motion for leave to amend the complaint, which he had already amended. (Doc. 28)

3. That on July 11, 2006, this Court ordered the Defendant to file an answer to Plaintiff's amended complaint. (Doc. 30)

4. That counsel for the Defendant did receive said order from the Court; however, the counsel for the Defendant failed to calendar the Court's deadline and failed to respond to the Court's Order.

5. That counsel for the Defendant, prior to July 1, 2006 and shortly thereafter, was assisting in covering the caseload of counsel who had been transferred from the Department of Corrections.

6. That Defendant's only defense is excusable neglect.

Wherefore theses premises considered, the Defendant prays that this Honorable Court will accept this response to show cause and allow the Defendant to simultaneously file an answer to the Plaintiff's amended complaint.

Respectfully submitted,

Kim T. Thomas (THO115)
Deputy Attorney General
General Counsel

/s/ Tara S. Knee
Tara S. Knee (KNE003)
Assistant Attorney General
Assistant General Counsel

**OF COUNSEL**:
Alabama Department of Corrections
Legal Division
P. O Box 301501
Montgomery, Alabama 36130
(334)353-3881
FAX: (334)353-3891

## CERTIFICATE OF SERVICE

I hereby certify that on the 21st day of September, 2006, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following (or by U.S. Mail to the non-CM-ECF participants):

Johnnie Bell
2103 Kelly Road
Selma, AL 36701

/s/ Tara S. Knee
Tara S. Knee (KNE003)
Assistant Attorney General
Assistant General Counsel

2