IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| JOHNNIE BELL, )<br>)<br>    Plaintiffs, )<br>)<br>v. )<br>)<br>ALABAMA DEPARTMENT OF )<br>CORRECTIONS, )<br>)<br>    Defendant. ) | CIVIL ACTION NO. 2:05CV397-MHT |

## ORDER

The court has reviewed the defendant's Response to the Order to Show Cause, filed on 21 September 2006 (Doc. # 33). Upon consideration of the response, and for good cause, it is

ORDERED that the defendant's Answer will be allowed, and the parties shall proceed with their Rule 26 meeting and exchange of disclosures. The court will subsequently enter an order setting this matter for a scheduling conference.

DONE this 27th day of September, 2006.

/s/ Vanzetta Penn McPherson
VANZETTA PENN MCPHERSON
UNITED STATES MAGISTRATE JUDGE