IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA

| | |
|---|---|
| JOHNNIE BELL, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | CIVIL ACTION NO. 2:05-CV-397-T |
| ) | |
| STATE OF ALABAMA DEPARTMENT ) | |
| OF CORRECTIONS ) | |
| ) | |
| Defendant. ) | |

## NOTICE TO THE COURT

Comes now the Defendant Alabama Department of Corrections, by and through undersigned counsel, and submits the notice to the Court. The Defendant states the following:

1.      That on September 27, 2006, this Honorable Court issued an order stating the parties "shall" proceed with the Rule 26 meeting.

2.      That on October 10, 2006, Defendant sent Plaintiff a letter requesting that the parties conduct the Rule 26 meeting. (Ex. A)

3.      That on October 23, 2006, Defendant sent Plaintiff a second letter requesting that the parties conduct the Rule 26 meeting. (Ex. B)

4.      That as of October 30, 2006, Defendant has not heard from Plaintiff.

Respectfully submitted this the 30th day of October, 2006.

Kim T. Thomas (THO115)
Deputy Attorney General
General Counsel

/s/ Tara S. Knee
Tara S. Knee (KNE003)
Assistant Attorney General
Assistant General Counsel

**OF COUNSEL**:

Alabama Department of Corrections
Legal Division
P. O Box 301501
Montgomery, Alabama 36130
(334)353-3881
FAX: (334)353-3891

### CERTIFICATE OF SERVICE

I hereby certify that on the 30th day of October, 2006, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following (or by U.S. Mail to the non-CM-ECF participants):

Johnnie Bell
2103 Kelly Road
Selma, AL 36701

s/Tara S. Knee
Tara S. Knee (KNE003)
Assistant Attorney General
Assistant General Counsel