


**State of Alabama**
**Alabama Department of Corrections**
301 South Ripley Street
P. O. Box 301501
Montgomery, AL 36130

**BOB RILEY**
GOVERNOR

**RICHARD ALLEN**
COMMISSIONER

October 10, 2006

Johnnie Bell
2103 Kelly Road
Selma, AL 36701

RE: Bell v. ADOC

Dear Mr. Bell:

As you are aware, the Court has entered an order directing that we have a Rule 26 planning meeting. I would like to schedule a time for a telephone conference to conduct said meeting. Please contact me so that we may do so promptly. My direct number is 334-353-3881.

Thank you for your cooperation in this matter.

Sincerely,

Tara S. Knee
Assistant General Counsel



DEFENDANT'S EXHIBIT A

Telephone (334) 353-3881          Fax (334) 353-3891