

**Bob Riley**
GOVERNOR

*State of Alabama*
*Alabama Department of Corrections*
301 South Ripley Street
P. O. Box 301501
Montgomery, AL 36130



**Richard Allen**
COMMISSIONER

October 23, 2006

Johnnie Bell
2103 Kelly Road
Selma, AL 36701

RE: Bell v. ADOC

Dear Mr. Bell:

On October 10, 2006, I sent a letter as to the Court's order directing that we have a Rule 26 planning meeting. As of today, I have yet to hear from you. Again, I would like to schedule a time for a telephone conference to conduct said meeting. Please contact me so that we may do so promptly. My direct number is 334-353-3881.

Thank you for your cooperation in this matter.

Sincerely,

Tara S. Knee
Assistant General Counsel



DEFENDANT'S EXHIBIT B

Telephone (334) 353-3881                    Fax (334) 353-3891