# MINUTES

### IN THE UNITED STATES DISTRICT COURT FOR THE
### MIDDLE DISTRICT OF ALABAMA, NORTHERN, DIVISION
Montgomery, Alabama

HON. WALLACE CAPEL, JR.

DATE COMMENCED: 2/6/07    DIGITAL RECORDING: 10:10 - 10:17

DATE COMPLETED: 2/6/07

JOHNNIE BELL                    *         2:05cv397-WKW

vs                              *

ALABAMA DEPARTMENT of CORRECTIONS *

---

| PLAINTIFF/GOVERNMENT | APPEARANCES: | DEFENDANT |
|---|---|---|
| Pro Se | | Tara S. Knee |

### COURT OFFICIALS PRESENT:

Wanda A. Robinson, Courtroom Deputy
Helen Berg, Law Clerk

---

### PROCEEDINGS:

( ) JURY TRIAL
(x) OTHER PROCEEDINGS:  Scheduling Conference

| Description | 2:05cv397-WKW: Johnnie Bell vs. Alabama Department of Corrections: Scheduling Conference | |
|---|---|---|
| Date | 2/6/2007 | Location |
| Time | Speaker | Note |
| 10:10:51 AM | Court | Convenes |
| 10:11:25 AM | Court | Discusses Issues as to Rule 26 |
| 10:14:18 AM | Plaintiff | Gives Correct Address |
| 10:14:37 AM | Court | December 10, 2007 Trial Term; Scheduling dates pursuant to the Rule 26 Planning Report confirmed |
| 10:17:24 AM | | Court in Recess |