IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA

| | | |
|---|---|---|
| JOHNNIE BELL, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | CIVIL ACTION NO. 2:05-CV-397-T |
| | ) | |
| STATE OF ALABAMA DEPARTMENT | ) | |
| OF CORRECTIONS | ) | |
| | ) | |
| Defendant. | ) | |

## REPORT OF PARTIES' PLANNING MEETING

1.  Pursuant to Fed. R. Civ. P. 26(f), a meeting was held on November 21, 2006 at the Alabama Department of Corrections, Legal Division Office and was attended by:

Johnny Bell, pro se

Tara S. Knee for Defendant Alabama Department of Corrections

2.  **Pre-discovery Disclosures.** The parties will exchange by March 1, 2007 the information required by Fed. R. Civ. P. 26(a)(1).

3.  **Discovery Plan.** The parties jointly propose to the court the following discovery plan:

Discovery will be needed on the following subject: Plaintiff's alleged discrimination claim against the Defendant.

All discovery commenced in time to be completed by August 17, 2007.

Maximum of 25 interrogatories by each party to another party. [Responses due 21 days after service.

Maximum of 25 requests for admission by each party to another party. [Responses due 21 days after service.

Maximum 0f 10 depositions by plaintiff and 10 by defendant.

Each deposition limited to maximum of 7 hours unless extended by agreement of parties.

Reports from retained experts under Rule 26(a)(2) due:
   From plaintiff by May 30, 2007
   From defendant by June 27, 2007

Supplementations under Rule 26(e) due within 10 days after the new information is discovered.

   4.   **Other items.**

The parties request a conference with the court before entry of the scheduling order.

The parties request a pretrial conference in August, 2007.

Plaintiff should be allowed until February, 2007 to join additional parties and amend the pleadings.

Defendant should be allowed until March, 2007 to join additional parties and amend the pleadings.

All potentially dispositive motions should be filed by July 20, 2007.

Settlement cannot be evaluated prior to May, 2007.

Final lists of witnesses and exhibits under Rule 26(a)(3) should be due
   From plaintiff by September 1, 2007
   From defendant by September 1, 2007

Parties should have 3 days after service of final lists of witnesses and exhibits to list objections under Rule 26(a)(3).

The case should be ready for trial by September 17, 2007 [and at this time is expected to take approximately 2 days.

   Respectfully submitted this the 6th day of February, 2007.


Kim T. Thomas (THO115)                      Johnnie Bell, pro se
Tara S. Knee (KNE003)                       2103 Kelly Road
Alabama Department of Corrections           Selma, AL 36701
P.O. Box 301501
Montgomery, AL 36130