IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA

| | |
|---|---|
| JOHNNIE BELL, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) CIVIL ACTION NO. 2:05-CV-397-T |
| | ) |
| STATE OF ALABAMA DEPARTMENT | ) |
| OF CORRECTIONS | ) |
| | ) |
| Defendant. | ) |

## NOTICE TO THE COURT

Comes now the Defendant Alabama Department of Corrections, by and through undersigned counsel, and submits the notice to the Court. The Defendant states the following:

1. That on October 30, 2006, Defendant sent its disclosures to Plaintiff.

2. That on February 28, 2007, Defendant re-sent its disclosures to Plaintiff.

3. That Defendant is notifying the Court of Defendant's compliance of exchanging initial disclosures. However, as of February 28, 2007, Defendant has not received the initial disclosures of Plaintiff.

Respectfully submitted this the 28th day of February, 2007.

Kim T. Thomas (THO115)
Deputy Attorney General
General Counsel


/s/ Tara S. Knee
Tara S. Knee (KNE003)
Assistant Attorney General
Assistant General Counsel

**OF COUNSEL**:

Alabama Department of Corrections
Legal Division
P. O Box 301501
Montgomery, Alabama 36130
(334)353-3881
FAX: (334)353-3891

**CERTIFICATE OF SERVICE**

I hereby certify that on the 28th day of February, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following (or by U.S. Mail to the non-CM-ECF participants):

Johnnie Bell
2103 Kelly Road
Selma, AL 36701

s/Tara S. Knee
Tara S. Knee (KNE003)
Assistant Attorney General
Assistant General Counsel