| # | A DAY SHIFT | | | # | B DAY SHIFT | | |
|---|---|---|---|---|---|---|---|
| 1 | Bates, Alexander | Military | B | 1 | Anderson, Raymond | Military | B |
| 2 | Bell, Johnnie | | B | 2 | Austin, Gary | | B |
| 3 | Chapman, Greg | | W | 3 | Avery, Mattie | | B/F |
| 4 | Custard, Lewayne | | B | 4 | Bayles, Carl | | W |
| 5 | Davis, Urain | | B | 5 | Bell, Kessy | CERT | B |
| 6 | Evans, Tommy | | W | 6 | Brooks, Randy | | B |
| 7 | Gilbert, David | Military | W | 7 | Cardenas, William | | O |
| 8 | Harris, George | | B | 8 | Drummer, Angela | | B/F |
| 9 | Hines, Eric | | W | 9 | Edwards, Michael | Military | B |
| 10 | Johnson, Joe | | B | 10 | Felder, William | | B |
| 11 | Lapsley, Debra | | B/F | 11 | Harris, Charles | | B |
| 12 | Mahan, Sandra | | B/F | 12 | Hester, Russell | | B |
| 13 | Norwood, Andrew | | B | 13 | Hill, Paul | | B |
| 14 | Norwood, William | | B | 14 | Jones, Joseph | | W |
| 15 | Patterson, Desi | | B | 15 | Lapsley, Chester | | B |
| 16 | Rush, Kimberly | | B/F | 16 | Mills, Gerald | | B |
| 17 | Rutledge, Robert | | B | 17 | Monk, Charles | | W |
| 18 | Sanford, Tommy | | W | 18 | Nelson, Anthony | | B |
| 19 | Thompkins, Johnny | | B | 19 | Pettway, Elisha | Military | B |
| 20 | Vanhorn, Jeremiah | | B | 20 | Phillips, Reginald | Military | B |
| 21 | Walker, Orlanda | | B | 21 | Reach, Glen | | W |
| 22 | Weatherspoon, Debra | | B/F | 22 | Ryans, Willie | | B |
| 23 | Whitt, Tawayne | Military/ CERT | B | 23 | Smith, Kenneth R. | | B |
| 24 | Williams, Eugene | | B | 24 | Thurman, Jamie | CERT | B |
| 25 | Williams, LaTonya | | B/F | 25 | Williams, Jamie | | W |
| 26 | Wilsie, Robert | | W | 26 | Windham, Tamara | Military | B/F |

| # | Cadets @ Bibb | | | | | | |
|---|---|---|---|---|---|---|---|
| 1 | Montgomery, Jonathan | Cadet | W | | | | |
| 2 | Tubbs, Marco | Cadet | B | | | | |

| # | Military Active | | | # | Military Active | | |
|---|---|---|---|---|---|---|---|
| 1 | Moore, Andrew | Military | B | 9 | Leach, Phillip | Military | W |
| 2 | Turner, Steadman | Military | B | 10 | Rollins, Michael | Military | W |
| 3 | Wilson, Keith | Military | W | | | | |

| # | A NIGHT SHIFT | | | # | B NIGHT SHIFT | | |
|---|---|---|---|---|---|---|---|
| 1 | Bates, Stanley | | B | 1 | Allen, Carl | | B |
| 2 | Bell, Alex | | B | 2 | Anderson, Gregory | | W |
| 3 | Blake, Brandon | | W | 3 | Billingsley, Christopher | | B |
| 4 | Burrell, Michael | | B | 4 | Davis, Bryant | | B |
| 5 | Champion, Willie | | B | 5 | Dunnican, Antiwonette | | B/F |
| 6 | Crooks, JaVarro | | B | 6 | Fikes, Cheryl | | B/F |
| 7 | Davis, Barbara | | B/F | 7 | Gulley, Bob | | B |
| 8 | Dukes, Raymond | | B | 8 | Hoskins, James | | B |
| 9 | Edwards, Tynua | | B/F | 9 | Hoskins, Katonyi | | B |
| 10 | Fowler, Jessica | | B/F | 10 | King, Ronnie | | B |
| 11 | Fuller, Johnny | | B | 11 | King, Simpson | | B |
| 12 | George, Douglas | | B | 12 | Knott, Allen | Military | W |
| 13 | Hubbard, Michael | | B | 13 | Lewis, Mark | | W |
| 14 | Humphries, Willie | | B | 14 | McCary, John | | W |
| 15 | Johnson, Shemekia | Military | B/F | 15 | Millwood, Kelsey | | W |
| 16 | Johnston, Jake D | | W | 16 | Richardson, LoQuita | | B/F |
| 17 | Long, Laramie | Military | B | 17 | Robinson, Dequinte | | B |
| 18 | Marchbanks, Major | CERT | B | 18 | Simpson, Willie | | B |
| 19 | Morris, Garrett | | W | 19 | Smith, David | | B |
| 20 | Sanders, Hugh | | B | 20 | Smith, Dewayne | | B |
| 21 | Sanders, Joshua | | W | 21 | Smith, Timothy | FLMA-June | W |
| 22 | Smith, Howard | | W | 22 | Temple, Tony | Military | B |
| 23 | Smith, Janice | | B/F | 23 | Tubbs, Gregory | | B |
| 24 | Sneed, Calvin | | B | 24 | Wilson, Terry | | B |
| 25 | Webster, Chris | | B | 25 | Wooten, Tony | Military | W |
| 26 | Wilson, Jeffery | | B | | | | |

| # | Cadets @ Bibb | | | # | Cadets @ Bibb | | |
|---|---|---|---|---|---|---|---|
| 3 | Craighead, Ashantis | Cadet | B/F | 5 | Hackett, David Jr. | Cadet | B |
| 4 | Williams, Mary | Cadet | W/F | 6 | Hollie, Dorothy | Cadet | B/F |



DEFENDANT'S EXHIBIT 2

| Active Military———— 13 | | | | | | |
|---|---|---|---|---|---|---|
| Total COI's ————123 | | | | | | |
| Cadets @ Bibb————6—Total=130 | | | | | | |
| Cadets @ Academy—0 | | | As of April 18, 2006 | | | |