**DEPARTMENT OF CORRECTIONS** — Personnel Department

REGISTER TYPE: BIBB
METHOD OF CERTIFICATION: CURRENT PROMOTIONAL
EMPLOYMENT TYPE: 1 PERMANENT
POSITION NUMBERS: 0553086  0552409
DEPARTMENT IDENTIFICATION (DEPT/DIV): 60712  BIBB COUNTY
CLASSIFICATION (CODE/TITLE): 4 CORRECTIONAL OFFICER II
VACANCIES: 2
SHIFT WORK: N
SALARY: 991.10

MERIT SYSTEM PLUS TIES

| NAME AND ADDRESS | RACE | V.P. | AGE LIMIT | SEX | GRADE | ACT. | POSITION NO. OF APPT. | APPT. DATE |
|---|---|---|---|---|---|---|---|---|
| MCCLAIN CAROL E — BIRMINGHAM AL 35235 | 2 | | | | BAND04 | | | |
| MCGHEE WINDOM R — BIRMINGHAM AL 35235 | 2 | | | | BAND04 | | | |
| PAILS DARRYL W — MONTGOMERY AL 36116 | 2 | | | | BAND04 | | | |
| SELMA JAMES ARTHUR S — AL 36701 | 2 | | | | BAND05 | | | |
| EUFAULA NEARER DONALD R SR — AL 36027 | 2 | | | | BAND05 | | | |
| MONTGOMERY PARLER FRANK E — AL 36117 | 2 | | | | BAND05 | | | |
| PLEASANT GROVE DANIELS RANDY — AL 35127 | 1 | | | | BAND05 | | | |
| OZARK FIKES CHERYL M — AL 36360 | 2 | | | | BAND06 | | | |
| MARION JOHNSON JESSE J — AL 36756 | 2 | | | | BAND06 | | | |
| MONTGOMERY LYONS NAOMI A — AL 36116 | 2 | | | | BAND06 | | | |
| MONROEVILLE MIREE ANGELA R — AL 36461 | 2 | | | | BAND06 | | | |
| BIRMINGHAM AL 35204 | 2 | | | | BAND06 | | | |

CERTIFIED-PERSONNEL DIRECTOR
DATE CERTIFIED: 7/6/04

IMPORTANT: SEE INSTRUCTIONS ON REVERSE SIDE

CERTIFICATION RETURNED-APPOINTING AUTHORITY
DATE RETURNED

ORIGINAL

DEFENDANT'S EXHIBIT 3

**DEPARTMENT IDENTIFICATION (DEPT./DIV.)** — OR CORRECTIONS / 20 BIBB

**Personnel Department**

**CLASSIFICATION (CODE/TITLE):** 60712 CORRECTIONAL OFFICER II

**CLASS OPTION (CODE/TITLE)**

| REGISTER TYPE | EMPLOYMENT TYPE | METHOD OF CERTIFICATION | COUNTY | VACANCIES | RACE | AGE LIMIT | SEX | O/N TRAVEL | SHIFT WORK | SALARY |
|---|---|---|---|---|---|---|---|---|---|---|
| CURRENT PROMOTIONAL | 1 PERMANENT | MERIT SYSTEM PLUS TIES | 4 BIBB | 2 | | | N | 0 | | 991.10 |

**POSITION NUMBERS:** 0553086  0552409

SELECTIVE CERTIFICATION CODE

| SSAN | NAME AND ADDRESS | RACE | V.P. | GRADE | ACT. | POSITION NO. OF APPT. | APPT. DATE |
|---|---|---|---|---|---|---|---|
| | ODOM JERRY L — AL 36426 | 1 | | BAND06 | | | |
| | BREWTON | | 2:06 St Clair | | | | |
| | ODONNELL DANIEL J — | 2 | | BAND06 | | | |
| | BIRMINGHAM | | | | | | |
| | ROGERS JANICE D — AL 35226 | 2 | | BAND06 | | | |
| | MONTGOMERY | | | | | | |
| | SMITH RICHARD — AL 36116 | 2 | | BAND06 | | | |
| | UNION SPRINGS | | | | | | |
| | TATUM FRED L — AL 36089 | 2 | | BAND06 | | | |
| | UNION SPRINGS | | | | | | |
| | TIPPINS GERALD A — AL 36089 | 2 | | BAND06 | | | |
| | WETUMPKA | | | | | | |
| | WILSON ALBERT — AL 36092 | 2 | | BAND06 | | | |
| | CLIO — AL 36017 | | | BAND06 | | | |

Tue 7-27-04

CERTIFIED-PERSONNEL DIRECTOR    DATE CERTIFIED    CERTIFICATION RETURNED-APPOINTING AUTHORITY    DATE RETURNED

DATE 04/14/2005

# CERTIFICATION OF CANDIDATES
STATE OF ALABAMA
Personnel Department

| DEPARTMENT IDENTIFICATION (DEPT/DIV) | | CLASSIFICATION (CODE/TITLE) | | | CERTIFICATION NUMBER |
|---|---|---|---|---|---|
| OR CORRECTIONS | | 60712 CORRECTIONAL OFFICER II | | | 05040148 |
| REGISTER TYPE | EMPLOYMENT TYPE | COUNTY | VACANCIES | AGE LIMIT | CLASS OPTION (CODE/TITLE) |
| 5 CURRENT PROMOTIONAL | 4 PERMANENT | 4 BIBB | 1 | | |
| METHOD OF CERTIFICATION | | POSITION NUMBERS | | | |
| 01 MERIT SYSTEM PLUS TIES | | | | | |

| SSAN | NAME AND ADDRESS | RACE | V.P. | GRADE | ACT. | SEX | ON TRAVEL | SHIFT WORK | SALARY |
|---|---|---|---|---|---|---|---|---|---|
| | TUCKER TERRY L | | | | | | | | |
| | WINFIELD AL 35594 | 1 | | BAND01 | | | | | |
| | KING REGINAL M | | | | | | | | |
| | TUSCALOOSA AL 35405 | 2 | | BAND02 | | | | | |
| | BRUNSON MIKE T | | | | | | | | |
| | AL 35405 (pos) 758-0565 NoShow | 5 | | BAND03 | | | | | |
| | CLEMONS SUSAN B | | | | | | | | |
| | ELBA AL 36323 | 2 | | BAND03 | | | | | |
| | WAVER KENNY D | | | | | | | | |
| | MONTGOMERY AL 36116 | 2 | | BAND03 | | | | | |
| | BLAKE PEGGY L | | | | | | | | |
| | TALLASSEE AL 36078 | 1 | | BAND04 | | | | | |
| | BURKS TODRICK M | | | | | | | | |
| | POLMERDALE AL 35123 | 2 | | BAND04 | | | | | |
| | CARAWAY MICHAEL R | | | | | | | | |
| | LOUISVILLE AL 36048 | 1 | | BAND04 | | | | | |
| | DUNNICAN TRACY L | | | | | | | | |
| | ATMORE AL 36502 | 2 | | BAND04 | | | | | |
| | DUNNING BARRY L | | | | | | | | |
| | MARION AL 36756 | 2 | | BAND04 | | | | | |
| | FIKES CHERYL M | | | | | | | | |
| | MOBILE AL 36616 | 2 | | BAND04 | | | | | |
| | MARION AL 36756 | | | | | | | | |

CERTIFYING PERSONNEL DIRECTOR    DATE CERTIFIED 4-14-05    CERTIFICATION RETURNED-APPOINTING AUTHORITY    DATE RETURNED

IMPORTANT: SEE INSTRUCTIONS ON REVERSE SIDE

**CERTIFICATION OF CANDIDATES**
STATE OF ALABAMA
Personnel Department

DATE: 04/14/2005

DEPARTMENT IDENTIFICATION (DEPT/DIV): COR CORRECTIONS
REGISTER NUMBER: 60712
CLASSIFICATION (CODE/TITLE): CORRECTIONAL OFFICER II
REGISTER TYPE: 0720 BIBB
COUNTY: 4 BIBB
CLASS OPTION (CODE/TITLE):
EMPLOYMENT TYPE: 1 PERMANENT
METHOD OF CERTIFICATION: 01 MERIT SYSTEM PLUS TIES
VACANCIES: 1
AGE LIMIT:
SEX: N
ON TRAVEL: 1
SHIFT WORK:
SELECTIVE CERTIFICATION CODE:
SALARY: 991.
CERT. NUMBER: 05040148

| SSAN | NAME AND ADDRESS | RACE | V.P. | GRADE | ACT. | POSITION NO. OF APPT. | APPT. DAT |
|---|---|---|---|---|---|---|---|
| 0552403 | HAGOOD EDDIE P  WOODSTOCK  AL 35188 | 1 | | BAND04 | | | |
| | HORNSBY WILLIAM R  WOODSTOCK  AL 35188 | 1 | | BAND04 | | | |
| | JACKSON CATHY L  HUNTSVILLE  AL 35801 | 2 | | BAND04 | | | |
| | JOHNSON JOHNNY L  WETUMPKA  AL 36093 | 1 | | BAND04 | | | |
| | JONES REBECCA  ATMORE  AL 36502 | 2 | | BAND04 | | | |
| | KING CHRISTOPHER L  UNION SPRIGS  AL 36089 | 2 | | BAND04 | | | |
| | LYNN JOSHUA L  GREENSBORO  AL 36744 | 1 | | BAND04 | | | |
| | SIGLER RONALD  GUIN  AL 35563 | 2 | | BAND04 | | | |
| | SMITH AILAN D  CAMDEN  AL 36726 | 1 | | BAND04 | | | |
| | SMITH JEROME D  DEATSVILLE  AL 36022 | 2 | | BAND04 | | | |
| | SMITH RICHARD  MARION  AL 36756 | 2 | | BAND04 | | | |
| | UNION SPRINGS  AL 36089 | | | | | | |

CERTIFIED-PERSONNEL DIRECTOR | DATE CERTIFIED | CERTIFICATION RETURNED-APPOINTING AUTHORITY | DATE RETURNED

IMPORTANT: SEE INSTRUCTIONS ON REVERSE SIDE

FORM 18, REV. 7/95    ORIGINAL

# CERTIFICATION OF CANDIDATES
## STATE OF ALABAMA
### Personnel Department

| DEPARTMENT IDENTIFICATION (DEPT/DIV.) | CLASSIFICATION (CODE/TITLE) | | CLASS OPTION (CODE/TITLE) | CERTIFICATE NUMBER |
|---|---|---|---|---|
| COR CORRECTIONS | 60712 CORRECTIONAL OFFICER II | | | 0504001481 |
| 720 BIBB | | | | |
| REGISTER TYPE | EMPLOYMENT TYPE | COUNTY | VACANCIES | RACE | AGE LIMIT | SEX | OWN TRAVEL | SHIFT WORK | SALARY |
| 5 CURRENT PROMOTIONAL | 1 PERMANENT | 4 BIBB | 1 | | | N | N | 1 | 991.] |
| METHOD OF CERTIFICATION | POSITION NUMBERS | | | | | | SELECTIVE CERTIFICATION CODE | | |
| 001 MERIT SYSTEM PLUS TIES | 0552403 | | | | | | | | |

| SSAN | NAME AND ADDRESS | RACE | V.P. | GRADE | ACT. | POSITION NO. OF APPT. | APPT. DAT |
|---|---|---|---|---|---|---|---|
| | TUCKER SIDNEY JR | 2 | | BAND04 | | | |
| | CAMDEN AL 36726 | | | | | | |
| | WASHINGTON ROBERT I | 2 | | BAND04 | | | |
| | TUSKEGEE AL 36083 | | | | | | |
| | WRIGHT GERALD C | 2 | | BAND04 | | | |
| | ENTERPRISE AL 36330 | | | | | | |

| CERTIFIED-PERSONNEL DIRECTOR | DATE CERTIFIED | CERTIFICATION RETURNED-APPOINTING AUTHORITY | DATE RETURNED |
|---|---|---|---|

IMPORTANT: SEE INSTRUCTIONS ON REVERSE SIDE

OSM 16, REV. 7/95    ORIGINAL

**DEPARTMENT OF CORRECTIONS**

DATE: 01/19/2005

**CERTIFICATION OF CANDIDATES**
STATE OF ALABAMA
Personnel Department

CERTIFICATION NUMBER: 05010192

| DEPARTMENT IDENTIFICATION (DEPT/DIV) | CLASSIFICATION (CODE/TITLE) | | CLASS OPTION (CODE/TITLE) |
|---|---|---|---|
| COR CORRECTIONS | 60712 CORRECTIONAL OFFICER II | | |
| 720 BIBB | COUNTY | VACANCIES | |
| REGISTER TYPE | EMPLOYMENT TYPE | 4 BIBB | 1 |
| 5 CURRENT PROMOTIONAL | 1 PERMANENT | POSITION NUMBERS | SELECTIVE CERTIFICATION CODE |
| METHOD OF CERTIFICATION | | | SHIFT WORK: N   ON TRAVEL: 0   SALARY: 991.10 |
| 01 MERIT SYSTEM PLUS TIES | | | |

| SSAN | NAME AND ADDRESS | RACE | V.P. | AGE LIMIT | SEX | GRADE | ACT. | POSITION NO. OF APPL. | APPT. DATE |
|---|---|---|---|---|---|---|---|---|---|
| 0721129 | MCCLAIN CAROL E BIRMINGHAM AL 35235 | 2 | | | | BAND04 | | | |
| | BIRMINGHAM CLEMONS SUSAN B AL 36116 | 2 | | | | BAND05 | | | |
| | MONTGOMERY GRICE LOREAN Y AL 36116 | 2 | | | | BAND05 | | | |
| | MONTGOMERY JAMES ARTHUR S AL 36108 | 2 | | | | BAND05 | | | |
| | EUFAULA PARLER FRANK E AL 36027 | 1 | | | | BAND05 | | | |
| | PLEASANT GROVE PIKES CHERYL M AL 35127 | 2 | | | | BAND05 | | | |
| | MARION ODONNELL DANIEL J AL 35226 | 2 | | | | BAND06 | | | |
| | BIRMINGHAM ROGERS JANICE D AL 36756 | 1 | | | | BAND06 | | | |
| | MONTGOMERY SMITH RICHARD AL 36116 | 2 | | | | BAND06 | | | |
| | UNION SPRINGS TATUM FRED L AL 36089 | 2 | | | | BAND06 | | | |
| | UNION SPRINGS WILSON ALBERT AL 36089 | 2 | | | | BAND06 | | | |
| | CLIO AL 36017 | | | | | | | | |

CERTIFIED-PERSONNEL DIRECTOR: /s/ _____

DATE CERTIFIED: 1/19/05

CERTIFICATION RETURNED APPOINTING AUTHORITY: _____

DATE RETURNED: _____

# CERTIFICATION OF CANDIDATES
## STATE OF ALABAMA
### Personnel Department

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| DEPARTMENT IDENTIFICATION (DEPT/DIV) | | CLASSIFICATION (CODE/TITLE) | | | | CLASS OPTION (CODE/TITLE) | | PAGE |
| 08 CORRECTIONS | | 60712 CORRECTIONAL OFFICER II | | | | | | 1 |
| REGISTER TYPE | EMPLOYMENT TYPE | COUNTY | VACANCIES | RACE | AGE LIMIT | SEX | ON TRAVEL | SHIFT WORK | SALARY |
| 1 PROMOTIONAL | 1 PERMANENT | 4 BIBB | 1 | | | | N | 2 | 1,050.60 |
| METHOD OF CERTIFICATION | | | | | | | SELECTIVE CERTIFICATION CODE | |
| MERIT SYSTEM PLUS TIES | | | | | | | | |

| SSAN | NAME AND ADDRESS | POSITION NUMBERS | RACE | V.P. | GRADE | ACT. | POSITION NO. OF APPT. | APPT. DATE |
|---|---|---|---|---|---|---|---|---|
| ■■■ | 0552400 Chris King (Horton) Donaldson 10/29/05 Warden Giles | | | | | | | |
| ■■■ | TROY CLEMONS SUSAN B ■■■ AL 36116 | 2 | | BAND03 | | | |
| ■■■ | MONTGOMERY EADS TRENTON J ■■■ AL 36116 | 1 | | BAND03 | | | |
| ■■■ | WINFIELD BLAKE PEGGY L ■■■ AL 35594 | 1 | | BAND04 | | | |
| ■■■ | PALMERDALE BOGLIN ERROL T ■■■ AL 35123 | 2 | | BAND04 | | | |
| ■■■ | SELMA ■■■ AL 36701 | 2 | | BAND04 | | | |
| ■■■ | MARION HAGOOD EDDIE F ■■■ AL 36756 | 1 | | BAND04 | | | |
| ■■■ | WOODSTOCK KING CHRISTOPHER L ■■■ AL 35188 | 2 | | BAND04 | | | |
| ■■■ | GREENSBORO SIGLER RONALD ■■■ AL 36744 | 2 | | BAND04 | | | |
| ■■■ | CAMDEN SMITH JEROME D ■■■ AL 36726 | 2 | | BAND04 | | | |
| ■■■ | MARION TUCKER SIDNEY JR ■■■ AL 36756 | 2 | | BAND04 | | | |
| ■■■ | CAMDEN ■■■ AL 36726 | | | | | | |

CERTIFIED PERSONNEL DIRECTOR

DATE CERTIFIED 9-15-05

CERTIFICATION RETURNED - APPOINTING AUTHORITY

DATE RETURNED

IMPORTANT: SEE INSTRUCTIONS ON REVERSE SIDE

L16, REV. 7/95

ORIGINAL

09/16/2005

250900206

**STATE OF ALABAMA**
**Personnel Department**

01/12/2006

DEPARTMENT IDENTIFICATION (DEPT./DIV.): OR CORRECTIONS / 26 BIBB
REGISTER TYPE: CURRENT PROMOTIONAL
METHOD OF CERTIFICATION: MERIT SYSTEM PLUS TIES
EMPLOYMENT TYPE: 1 PERMANENT
CLASSIFICATION (CODE/TITLE): 60712 CORRECTIONAL OFFICER II
COUNTY: 4 BIBB
VACANCIES: 3
POSITION NUMBERS: 0576300  0684800  0552408
APPT. DATE: 060100136
SHIFT WORK: N
SALARY: 1,050.60
SELECTIVE CERTIFICATION CODE: 0

| SSAN | NAME AND ADDRESS | RACE | V.P. | AGE LIMIT | SEX | GRADE | ACT. | POSITION NO. OF APPT. |
|---|---|---|---|---|---|---|---|---|
|  | BLAKE PEGGY L / PALMERDALE AL 35123 | 1 |  |  |  | BAND04 |  |  |
|  | BOGLIN ERROL T / SELMA AL 36701 | 2 |  |  |  | BAND04 |  |  |
|  | DUNNICAN TRACY L / MILLBROOK AL 36054 | 2 |  |  |  | BAND04 |  |  |
|  | JONES REBECCA / UNION SPRINGS AL 36089 | 2 |  |  |  | BAND04 |  |  |
|  | SMITH JEROME D / MARION AL 36756 | 2 |  |  |  | BAND04 |  |  |
|  | BURKS WILLIE M III / MIDLAND CITY AL 36350 | 2 |  |  |  | BAND05 |  |  |
|  | DRUMER ANGELA N / TUSCALOOSA AL 35405 | 2 |  |  |  | BAND05 |  |  |
|  | MCGHEE WINDOW R / MONTGOMERY AL 36116 | 2 |  |  |  | BAND05 |  |  |
|  | MCMAHON KENNETH B / ELMORE AL 36025 | 1 |  |  |  | BAND05 |  |  |
|  | PHILLIPS REGINALD L / UNIONTOWN AL 36786 | 2 |  |  |  | BAND05 |  |  |
|  | SANDERS HUGH L JR / MARION AL 36756 | 2 |  |  |  | BAND05 |  |  |

CERTIFIED PERSONNEL DIRECTOR: Jackie Milam
DATE CERTIFIED: 1-12-06  mb

CERTIFICATION RETURNED-APPOINTING AUTHORITY
DATE RETURNED:

IMPORTANT: SEE INSTRUCTIONS ON REVERSE SIDE

RM 16, REV. 1/95

ORIGINAL

# STATE OF ALABAMA
## Personnel Department

| DEPARTMENT IDENTIFICATION (DEPT./DIV.) | CLASSIFICATION (CODE/TITLE) | CLASS OPTION (CODE/TITLE) | PAG |
|---|---|---|---|
| CORRECTIONS | 60712 CORRECTIONAL OFFICER II | | |
| BIBB | | | 06010013b |

| REGISTER TYPE | COUNTY | | | | AGE LIMIT | SEX | ON TRAVEL | SHIFT WORK | SALARY |
|---|---|---|---|---|---|---|---|---|---|
| CURRENT PROMOTIONAL | 4 BIBB | VACANCIES 3 | RACE | V.P. | | N | 0 | 1,050.60 |

| METHOD OF CERTIFICATION | POSITION NUMBERS | | | GRADE | ACT. | POSITION NO. OF APPT. | APPT. DATE |
|---|---|---|---|---|---|---|---|
| MERIT SYSTEM PLUS TIES | 0576300 0684800 0552408 | | | BAND05 | | | |

SELECTIVE CERTIFICATION CODE

| SSAN | NAME AND ADDRESS | RACE | V.P. |
|---|---|---|---|
| | WILLIAMS ANTHONY L<br>TROY<br>AL 36079 | 2 | |

| EMPLOYMENT TYPE |
|---|
| 1 PERMANENT |

| CERTIFIED-PERSONNEL DIRECTOR | DATE CERTIFIED | CERTIFICATION RETURNED-APPOINTING AUTHORITY | DATE RETURNED |
|---|---|---|---|

IMPORTANT: SEE INSTRUCTIONS ON REVERSE SIDE

M 16, REV. 7/95

ORIGINAL