# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF ALABAMA
# NORTHERN DIVISION

| | |
|---|---|
| **JOHNNIE BELL,** | ) |
| | ) |
|     **Plaintiff,** | ) |
| | ) |
| v. | )    **CASE NO. 2:05-cv-397-WKW** |
| | ) |
| **ALABAMA DEPARTMENT** | ) |
| **OF CORRECTIONS,** | ) |
| | ) |
|     **Defendant.** | ) |

## ORDER

The Magistrate Judge filed a Recommendation (Doc. # 45) in this case to which no timely objections have been made. After an independent review of the file in this case and upon consideration of the Recommendation, it is ORDERED that:

1. The Recommendation of the Magistrate Judge (Doc. # 45) is ADOPTED;

2. The Defendant's motion for summary judgment (Doc. # 44) is GRANTED;

3. This case is DISMISSED without prejudice.

An appropriate judgment will be entered.

DONE this 15th day of October, 2007.

                              /s/   W. Keith Watkins
                              UNITED STATES DISTRICT JUDGE