**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF ALABAMA**
**NORTHERN DIVISION**

| | | |
|---|---|---|
| **JOHNNIE BELL,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **CASE NO. 2:05-cv-397-WKW** |
| | ) | |
| **ALABAMA DEPARTMENT** | ) | |
| **OF CORRECTIONS,** | ) | |
| | ) | |
| **Defendant.** | ) | |

**<u>FINAL JUDGMENT</u>**

In accordance with the prior proceedings, opinions, and orders of the Court, it is the ORDER, JUDGMENT, and DECREE of the Court that this action is DISMISSED without prejudice. The parties shall bear their own costs.

The Clerk of the Court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

DONE this 15th day of October, 2007.

　　　　　　　　　　　　　/s/ W. Keith Watkins
　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE